## ATTACHMENT A

I. **The Google Account**

The Order applies to certain records and information (see Section II) associated with IP 75.188.133.154 log in on May 23, 2024, at 20:04:04 UTC (collectively referred to as the Target Account).

II. **Records and Other Information to Be Disclosed**

Google LLC is required to disclose the following records and other information, if available, to the United States for each domain, account, or identifier listed in Part I of this Attachment (Target Account), for the time periods listed above:

- A. The following information about the customers or subscribers of the Target Account:

    1. Names (including subscriber names, usernames, and screen names);
    2. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);
    3. Local and long-distance telephone connection records;
    4. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;
    5. Length of service (including start date) and types of service utilized;
    6. Telephone or instrument numbers (including MAC addresses);
    7. Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and

8. Means and source of payment for such service (including any credit card or bank account number) and billing records.

B. All accounts linked to the Target Account (including where linked by machine cookie or other cookie, creation or login Internet Protocol ("IP") address, recovery email or phone number, AOL account ID, Android ID, Google ID, SMS, Apple ID, or otherwise ("Linked Accounts").

C. Any and all push notification tokens for the listed account and SMS recovery numbers;

D. Any Google Wallet Data to include Google Play service data;

E. A complete listing of all enabled Google Services;

F. Android devices associated with or registered to the account;

G. Any additional user accounts associated with these Android devices;

H. All records and other information (not including the contents of communications) relating to the Target Account, including:

1. Records of user activity for each connection made to or from the Target Account, including log files; messaging logs; the date, time, length, and method of connections; data transfer volume; user names; connectivity information to include account change history and password change history; full history of all logins to include cookie logins; raw AMT logs for account access; and source and destination Internet Protocol addresses; and

2. Information about each communication sent or received by the Target Account, including the date and time of the communication, the method of communication, and the source and destination of the communication (such

as source and destination email addresses, IP addresses, and telephone numbers); and

3. All IP logs and other documents showing the IP address, date, and time of each login and logout to the Target Account, including "Active Sessions" information (all stored active sessions, including date, time, device, IP address, machine cookie and browser information); and

4. Accounts to which any Linked Accounts are themselves linked, other than the Target Account, by cookie, including machine cookie; and

5. Language settings information; and

6. All advertising data related to the Target Account, including but not limited to, information regarding unique advertising IDs associated with the Target Account, application IDs, UDIDs, payment information (including, but not limited to, full credit card numbers and expiration dates and PayPal accounts), and Pixel information; and

7. User agent information and device ID information, including all devices used to access the Target Account and Android IDs

I. Any and all cookies associated with or used by any computer or web browser associated with the Target Account, including the IP addresses, dates, and times associated with the recognition of any such cookie.

Google LLC. is hereby ordered to disclose the above information to the government within ten days of issuance of this Order.